UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| LUIS ANTONIO HERNANDES, | : | VIOLATION: |
| AKA ANTONIO LUIS and JOSE | : | 8 U.S.C. § 1326(a) and (b)(2) |
| REYES | : | (Reentry of an Alien Deported Following |
| | : | Conviction for an Aggravated Felony) |
| Defendant. | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about August 10, 2006, within the District of Columbia, defendant **LUIS ANTONIO HERNANDES also known as ANTONIO LUIS, AND JOSE REYES** was arrested in the District of Columbia after having been deported from the United States, following his conviction in the Superior Court for the District of Columbia, on or about January 21, 2004, for Escape, Case No. F 5173-02, an aggravated felony, without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

(**Reentry of an Alien Deported Following Conviction for an Aggravated Felony**, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2)).

A TRUE BILL


FOREPERSON

Attorney of the United States in
and for the District of Columbia