WARRANT FOR ARREST                                                              CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-002 | MAGIS. NO: |
| V. LUIS ANTONIO HERNANDES | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Luis Antonio Hernandes | |
| DOB:            PDID: | FILED APR 17 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

REENTRY OF AN ALIEN DEPORTED FOLLOWING CONVICTION FOR AN AGGRAVATED FELONY

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18:1326(a) and (b)(2) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED: 1/4/07 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 1/4/07 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 1/4/07 | NAME AND TITLE OF ARRESTING OFFICER Dusm B. Burke | SIGNATURE OF ARRESTING OFFICER |
| DATE EXECUTED 4/3/07 | | |
| HIDTA CASE:   Yes   No X | | OCDETF CASE:   Yes   No X |