UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 07-002(RWR)
)
Luis Antonio Hernandez )

### WAIVER OF TRIAL BY JURY

FILED

JUL 6 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

X _____
        Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge