

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 07-002 |
| | : | |
| | : | |
| LUIS ANTONIO HERNANDES | : | |

FILED
JUL 6 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF FACTS

The parties in this case, the United States of America and the defendant, Luis Antonio Hernandes, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offense to which he is pleading guilty.

In January 2004, the defendant was convicted of Felony Escape from an institution or officer, in violation of 22 D.C. Code § 2601(b) in the Superior Court for the District of Columbia. The defendant was sentenced to 100 days imprisonment followed by three years of supervised release.

As a result of his conviction for Escape, on February 5, 2004, the defendant was arrested by Immigrations and Customs Enforcement (ICE) Agents and put into Removal Proceedings. On March 11, 2004, an Immigration Judge entered an Order that the defendant be removed from the United States to El Salvador. On May 7, 2004, the defendant received a "Warning to Alien Ordered Removed or Deported," which advised him in writing that after his removal, he was prohibited from entering the United States at any time without the prior approval of the U.S. Attorney General. On May 7, 2004, pursuant to the Order of Removal issued in 2004, Antonio-Hernandez was removed from Houston, Texas and returned to El Salvador.

On or about August 10, 2006, law enforcement officers arrested the defendant in Washington, D.C., pursuant to a rape charge brought in the District of Columbia's Superior Court. While in custody on or about September 11, 2006, following the advisement of his Administrative and Miranda rights, the defendant stated that he re-entered the United States illegally. Secondly, the defendant admitted that he been previously deported from the United States and that he re-entered the United States without having applied for permission from the Attorney General, or the Secretary of Homeland Security or his authorized delegate.

_____
ANGELA HART-EDWARDS
Assistant United States Attorney

_____
CARLOS VANEGAS, Esquire
Attorney for Defendant

x_____
LUIS ANTONIO HERNANDES
Defendant

7/6/07
Date

_____
Date